# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIO QUEVEDO,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>JASON BUENO, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:12-cv-01824-GMN-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 16, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall file the complaint (#1-1).

**IT IS FURTHER ORDERED** that the complaint (#1-1) is dismissed *without prejudice.*

**IT IS FURTHER ORDERED** that plaintiff is granted leave to file an amended complaint within thirty-three (33) days from the date the clerk mails a copy of this order, or the case may be dismissed *with prejudice*. Plaintiff is advised that under Local Rule 15-1 any amended complaint filed must be complete in itself without reference to prior pleadings. Thus, any allegations, parties, or requests for relief from prior papers that are not carried forward in the amended complaint no longer will be before the court.

**DATED** this 4th day of December, 2012.

_____
Gloria M. Navarro
United States District Judge