**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARIO QUEVEDO,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　) Case No.: 2:12-cv-01824-GMN-VCF
　　vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　) **ORDER**
JASON BUENO, CRAIG ERVEN, JOHN　　　　)
HITCH, and EARL MAYS,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

On December 5, 2012, the Court dismissed Plaintiff's claims and gave leave to amend by January 7, 2013, warning that failure to do so may result in dismissal *with prejudice*. (Order, ECF No. 3.) That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge